1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                       SOUTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              Case No.: 22-cr-2135-JO

10                            Plaintiff,   **ORDER CONTINUING MOTION**
                                           **HEARING/TRIAL SETTING**
11   v.

12   BRUCE MOTEN (1);
     KYRA SHENNA GILL (2),
13
                             Defendants.
14

15

16      On September 26, 2022, the parties filed a Joint Motion to Continue the Motion

17   Hearing/Trial Setting currently set for October 7, 2022 to December 9, 2022.  For good

18   cause appearing, the Court GRANTS the joint motion to continue [Dkt. 49] and sets the

19   Motion Hearing/Trial Setting on December 9, 2022 at 10:30 a.m.

20      For the reasons set forth in the joint motion, the Court finds that the ends of justice

21   will be served by granting the requested continuance, and these outweigh the interests of

22   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

23   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

24   //
25   //
26   //
27   //
28   //

1    Further, on September 23, 2022, Defendant Bruce Moten filed a pretrial motion that

2  remains pending.  Accordingly, the Court finds that time from September 23, 2022 to

3  December 9, 2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial

4  motion is pending.   18 U.S.C. § 3161(h)(1)(D).   This time is excluded as to the co-

5  Defendant.   *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well

6  established that an exclusion from the Speedy Trial clock for one defendant applies to all

7  codefendants.").

8    IT IS SO ORDERED.

9  Dated:  10/4/22

   Hon. Jinsook Ohta
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28