UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JINSOOK OHTA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE MOTEN (1),<br><br>Defendant. | Case No.: 22-cr-02135-JO<br><br>[PROPOSED] ORDER Vacating *In Limine* Motion Hearing & Jury Trial Dates |

**IT IS HEREBY ORDERED** that Mr. Moten's *In Limine* Motion Hearing on November 3, 2023, at 2:00 p.m. and Jury Trial currently scheduled for November 14, 2023, at 10:30 a.m. are vacated and a Status Hearing is now scheduled for December 15, 2023, at 1:30 p.m.

It is further ordered that time be excluded under 18 U.S.C. §§ 3161(h)(1)(A) (pending mental evaluation) and (h)(7)(A) (ends of justice/need to prepare a defense).

**SO ORDERED.**

DATED: 10/26/23

JINSOOK OHTA
United States District Court Judge